MAILED TO [illegible] COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

THOMAS ROBERTSON, JR.

V.

TRUSTEES OF COLUMBIA UNIVERSITY

---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1913 (LAP)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__  Specific Non-Dispositive Motion/Dispute:*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__  Settlement*

__  Inquest After Default/Damages Hearing

__  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:_____

__  Habeas Corpus

__  Social Security

__  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   ParticularMotion:_____
   _____
   All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          MARCH 11, 2008

_Loretta A. Preska_
United States District Judge