UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS ROBERTSON, JR.,

                Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
OF THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------x

08 Civ 1913

**RULE 7.1 STATEMENT**

## STATEMENT OF CORPORATE PARENTS, AFFILIATES AND SUBSIDIARIES OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, The Trustees of Columbia University in the City of New York, certifies that the following are its corporate parents, subsidiaries or affiliates which are publicly held:

                None

Dated: New York, New York
         May 20, 2007

                          **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                          *Attorneys for the Defendant, the Trustees of Columbia*
                          *University in the City of New York*

                          By: _____
                              Matthew M. Riordan (MR 4347)
                              521 Fifth Avenue
                              New York, New York 10175
                              (212) 682-0020

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

KATHERINE MARTIN, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and reside in New York, New York.

    2. On May 20, 2008 I personally served the within RULE 7.1 STATEMENT in this action upon:

Thomas Robertson, Jr.
424 W. 100th St., Apt 20J
New York, NY 10027

By depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and by filing a true copy thereof via ECF.

Katherine Martin

Sworn to before me this
20th day of May, 2008

_____
NOTARY PUBLIC

GINA PANARESE
Notary Public State of New York
No. 01PA6171331
Qualified in Bronx County
Commission Expires July 23, 20 11