```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
THOMAS ROBERTSON, JR.,             :
                                   :
              Plaintiff,           :     ORDER
                                   :
         -against-                 :     08 Civ. 1913 (LAP)(MHD)
                                   :
THE TRUSTEES OF COLUMBIA           :
UNIVERSITY IN THE CITY OF NEW YORK,:
                                   :
              Defendant.           :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

  It is hereby **ORDERED** that a pretrial conference has been scheduled in the above-captioned action on **TUESDAY, JULY 29, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:**  New York, New York
        June 25, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Thomas Robertson, Jr.
424 W. 110th Street, #20J
New York, NY 10027

Matthew McDonnell Riordan, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175