UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS ROBERTSON, JR.,

            Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
OF THE CITY OF NEW YORK,

            Defendant.
------------------------------------------------------------x

08 Civ 1913

7/30/08

~~PROPOSED~~ **CASE MANAGEMENT AND SCHEDULING ORDER**

      The Plaintiff, THOMAS ROBERTSON, JR. ("Robertson"), and the Defendant, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK ("Columbia"), the parties in the within action, as and for a discovery plan pursuant to Rule 26 (f)(1)-(4), hereby propose the following:

| | | |
|---|---|---|
| 1. | Initial disclosures required by Rule 26(a) served by: | August 15, 2008 |
| 2. | First request for production of documents and first request for interrogatories served by: | August 30, 2008 |
| 3. | Deadline for joinder of additional parties and amendment of pleadings: | August 30, 2008 |
| 4. | ~~All document discovery to be completed by:~~ | ~~October 30, 2008~~ |
| 5. | All ~~depositions~~ _(fact discovery)_ to be completed by: | December 30, 2008 |
| 6. | Dispositive motion process started by: | January 30, 2009 |
| 7. | Joint pretrial order due by: | February 17, 2009 ~~As directed by the Court~~ |
| 8. | Pretrial Conference: | As directed by the Court |

Dated: New York, New York
       July 29, 2008

~~Thomas Robertson, Jr.
424 W. 110th Street, Apt. 20J
New York, New York 10027
(212)222-3682~~

Matthew M. Riordan (MR-4347)
Putney, Twombly, Hall & Hirson LLP
Attorney for Defendant
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
(212) 682-9380 (Fax)

~~Dated: New York, New York
       August _____, 2008~~

**SO ORDERED:**

_____
HON. MICHAEL H. DOLINGER
United States Magistrate Judge