Attn: Hon. Michael H. Dolinger



Case #: 08CIV.1913
August 13, 2008

Dear Sir,
I Thomas Robertson was asked by a friend "Percy Lambertt esq." to ask for a little more time. So he can help me complete the request. Initial disclosure, required by Rule 26(a) which was needed by August 15, 2008. "Percy Lambertt esq." will help me to do the names, contact witnesses, employees, and x-employees by or before September 12, 2008.

Thank you for your time respectfully submitted,
Thomas Robertson



RECEIVED AUG 15 2008
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
  N.Y.

ENDORSED ORDER

Application granted. In the future plaintiff must send to defendant's attorney a copy of any communication that he is sending to the court and must so indicate in his letter by use of a "cc."

[signature]
8/20/08